AO 10*
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Waldor, Cathy L. | US District Court, New Jersey | 05/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

US District Court
50 Walnut Street
MLK Building
Newark, NJ 07102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 05/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Rex Vinegar Company - self employed business executive |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 05/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. (H) Brokerage Account #1 (44) | | | | | | | | | |
| 2. Clearbridge Tactical Dividend Income Fund Cl C | C | Dividend | L | T | Sold (part) | 11/19/15 | K | | |
| 3. Gugenheim Small Cap Value Fund Cl C | B | Dividend | K | T | | | | | |
| 4. Mainstay Epoch Global Equity Yield Cl C | C | Dividend | L | T | | | | | |
| 5. Principal Investors Preferred Securities Fund Cl C | B | Dividend | K | T | | | | | |
| 6. RS Floating Rate Fund Cl C | A | Dividend | | | Sold | 03/03/15 | K | | |
| 7. Franklin Templeton Income Fund Cl C | D | Dividend | L | T | Sold (part) | 09/02/15 | L | | |
| 8. Thornburg Income Builder Cl C | D | Dividend | L | T | Sold (part) | 11/19/15 | M | | |
| 9. Goldman Sachs Income Builder Fund Cl C | C | Dividend | | | Sold | 11/19/15 | M | | |
| 10. Market Vectors High Yield Muni ETF | B | Dividend | K | T | | | | | |
| 11. AIG Sun America Polaris Choice IV - Annuity | | None | M | T | | | | | |
| 12. MetLife Investors USA Ins. Co. Series L - Annuity | | None | M | T | | | | | |
| 13. American Funds Income Fund of America C | B | Dividend | L | T | | | | | |
| 14. Eaton Vance R Bernstein All Asset Strategy Fund C | A | Dividend | K | T | | | | | |
| 15. Integrity Williston BSN/MD-N Ameri Stock Fund C | B | Dividend | | | Sold | 08/24/15 | K | | |
| 16. Janus Balanced Fund C | D | Dividend | M | T | | | | | |
| 17. JP Morgan Income Builder Class C | C | Dividend | K | T | Sold (part) | 11/19/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mainstay High Yield Muni Bond Fund Cl C | C | Dividend | M | T | | | | | |
| 19. Principal Small Cap Dividend Income Fund C | B | Dividend | L | T | | | | | |
| 20. SunAmerica Focused Dividend Strategy Fund C | B | Dividend | K | T | | | | | |
| 21. Unts FT US EQ C/E Port Ser 12 | B | Dividend | K | T | | | | | |
| 22. American Funds Capital Income Builder C | B | Dividend | L | T | Buy | 03/03/15 | K | | |
| 23. | | | | | Buy (add'l) | 03/17/15 | L | | |
| 24. Cohen & Steers Preferred Sec & Inc Fund Cl C (X) | B | Dividend | L | T | | | | | |
| 25. Mainstay Funds Tax Free Bond Cl A | D | Dividend | N | T | Buy | 04/01/15 | N | | |
| 26. Nuveen Core Dividend Fund Cl C | B | Dividend | L | T | Buy | 11/19/15 | L | | |
| 27. Nuveen Large Cap Core Fund Cl C | B | Dividend | M | T | Buy | 08/24/15 | K | | |
| 28. | | | | | Buy | 09/02/15 | M | | |
| 29. Principal Global Diversified Income Fund Cl C (X) | A | Dividend | | | Sold | 04/07/15 | L | | |
| 30. | | | K | T | Buy | 11/19/15 | L | | |
| 31. Putnam Investors Fund Class C | A | Dividend | L | T | Buy | 11/19/15 | M | | |
| 32. Thronburg Global Opportunities Class C | | None | M | T | Buy | 11/19/15 | M | | |
| 33. Transamerica Life Insurance Co B-Share - Annuity | | None | M | T | Buy | 03/20/15 | M | | |
| 34. Voya Floating Rate Fund Class C | A | Dividend | K | T | Buy | 11/19/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Voya Intermediate Bond Fund Cl C | A | Dividend | K | T | Buy | 03/03/15 | K | | |
| 36. | | | | | | | | | |
| 37. (H) Brokerage Account #2 (45) | | | | | | | | | |
| 38. SPDR Nuveen Barclays Short Term Bond ETF | A | Dividend | K | T | Sold (part) | 03/30/15 | K | | |
| 39. iShares Trust Russell 2000 Index ETF | A | Dividend | K | T | | | | | |
| 40. iShares Trust Core S&P Mid Cap ETF | A | Dividend | L | T | | | | | |
| 41. iShares TIPS Bond ETF | A | Dividend | K | T | | | | | |
| 42. Vanguard Index Funds Vanguard Growth ETF | B | Dividend | L | T | Sold (part) | 03/30/15 | K | D | |
| 43. Vanguard Total Stock Market ETF | C | Dividend | M | T | | | | | |
| 44. Vanguard Index Fund S&P 500 ETF | C | Dividend | M | T | Sold (part) | 03/30/15 | K | E | |
| 45. Vanguard Divid Appreciation ETF | B | Dividend | L | T | | | | | |
| 46. Vanguard Mega Cap ETF | B | Dividend | L | T | Sold (part) | 03/30/15 | K | D | |
| 47. Market Vectors Short Municipal Index ETF | A | Dividend | K | T | | | | | |
| 48. Market Vectors High Yield Muni ETF | B | Dividend | K | T | | | | | |
| 49. First Trust Dorsey Wright FO ETF | A | Dividend | K | T | Buy (add'l) | 03/30/15 | K | | |
| 50. Principal Small Mid Cap Div P (X) | B | Dividend | | | Sold | 09/02/15 | L | | |
| 51. | | | K | T | Buy | 12/22/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Financial Sector SPDR Trust ETF | A | Dividend | J | T | Buy | 11/17/15 | J | | |
| 53. First Trust Preferred Security & Inc ETF | A | Dividend | K | T | Buy | 03/30/15 | K | | |
| 54. Janus Triton Fund A (X) | B | Dividend | | | Sold | 12/22/15 | K | | |
| 55. Market Vectors Trust Inter Municipal Index ETF | A | Dividend | K | T | Buy | 03/30/15 | K | | |
| 56. Voya Floating Rate Fund CL I | A | Dividend | K | T | Buy | 11/17/15 | K | | |
| 57. Wisdomtree Trust Small Cap Dividend Fund ETF | A | Dividend | L | T | Buy | 09/02/15 | L | | |
| 58. Wisdomtree Trust Europe Hedged Equity Fund ETF | A | Dividend | | | Buy | 03/30/15 | K | | |
| 59. | | | | | Sold | 11/17/15 | K | | |
| 60. (H) Brokerage Account #3 (41) | | | | | | | | | |
| 61. Vanguard Index Funds Vanguard Growth ETF | | None | | | Merged (with line 42) | 03/09/15 | K | | |
| 62. Vanguard Index FDS S&P 500 ETF SHS | | None | | | Merged (with line 44) | 03/09/15 | L | | |
| 63. Vanguard Total Stock Mkt ETF | | None | | | Merged (with line 43) | 03/09/15 | L | | |
| 64. Vanguard Mega Cap ETF DE | | None | | | Merged (with line 46) | 03/09/15 | K | | |
| 65. Vanguard Divid Appreciation ETF | | None | | | Merged (with line 45) | 03/09/15 | K | | |
| 66. SPDR Nuveen Barclays Short Term BD ETF | A | Dividend | | | Merged (with line 38) | 03/09/15 | K | | |
| 67. iShares Tips Bond ETF DE | | None | | | Merged (with line 41) | 03/09/15 | J | | |
| 68. iShares Trust Core S&P Mid Cap ETF | | None | | | Merged (with line 40) | 03/09/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Waldor, Cathy L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. iShares Trust Russell 2000 Index Fund | | None | | | Merged (with line 39) | 03/09/15 | K | | |
| 70. Market Vectors High Yield Muni ETF | A | Dividend | | | Merged (with line 48) | 03/09/15 | K | | |
| 71. Market Vectors Trust Short Municipal Index ETF | A | Dividend | | | Merged (with line 47) | 03/09/15 | J | | |
| 72. Janus Triton Fund SHS | | None | | | Merged (with line 54) | 03/09/15 | K | | |
| 73. | | | | | | | | | |
| 74. (H) Brokerage Account #4 (40) | | | | | | | | | |
| 75. Principal Global Diversified Income Fund | A | Dividend | | | Merged (with line 29) | 03/10/15 | L | | |
| 76. Clearbridge Tactical Dividend Income | A | Dividend | | | Merged (with line 2) | 03/10/15 | K | | |
| 77. Principal-Smallcap Dividend Income Funds | A | Dividend | | | Merged (with line 19) | 03/10/15 | K | | |
| 78. Cohen & Steers Preferred Sec & Inc Fund C | A | Dividend | | | Merged (with line 24) | 03/10/15 | L | | |
| 79. Franklin Income Fund C | B | Dividend | | | Merged (with line 7) | 03/10/15 | M | | |
| 80. | | | | | | | | | |
| 81. (H) Brokerage Account #5 (51) | | | | | | | | | |
| 82. Principal MidCap Fund Class C (X) | B | Dividend | K | T | | | | | |
| 83. Blackrock Basic Value Fund C | B | Dividend | K | T | | | | | |
| 84. Blackrock Global Allocation Fund Inc C | C | Dividend | L | T | | | | | |
| 85. Franklin Templeton Mutual Global Discover Fund Cl C | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Franklin Templeton Income C | A | Dividend | K | T | | | | | |
| 87. American Funds American Balanced Fund Cl C | B | Dividend | K | T | | | | | |
| 88. First Eagle Global Fund Cl C | A | Dividend | L | T | | | | | |
| 89. Ivy Asset Strategy fund Cl C (X) | A | Dividend | J | T | Distributed (part) | 03/11/15 | L | | |
| 90. JP Morgan Income Builder | A | Dividend | | | Merged (with line 170) | 03/11/15 | L | | |
| 91. Thornburg Income Builder Cl C | B | Dividend | K | T | | | | | |
| 92. Goldman Sachs Income Builder Funds C | B | Dividend | K | T | | | | | |
| 93. Putnam Capital Spectrum Fund C | B | Dividend | K | T | Buy | 03/30/15 | K | | |
| 94. | | | | | | | | | |
| 95. (H) Brokerage Account #6 (52) | | | | | | | | | |
| 96. Vanguard Bond Index Fund Inc. Total Bond Mkt ETF | A | Dividend | K | T | Sold (part) | 06/11/15 | J | | |
| 97. | | | | | Buy (add'l) | 09/25/15 | J | | |
| 98. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 99. iShares Russell MidCap ETF | A | Dividend | J | T | Sold (part) | 04/24/15 | J | A | |
| 100. SPDR S&P 500 ETF TR | A | Dividend | K | T | Sold (part) | 04/01/15 | J | C | |
| 101. | | | | | Sold (part) | 06/11/15 | J | B | |
| 102. | | | | | Buy (add'l) | 09/25/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Riverpark/Wedgewood Institutional Funds (X) | B | Dividend | K | T | Sold (part) | 06/11/15 | J | C | |
| 104. | | | | | Buy (add'l) | 09/25/15 | J | | |
| 105. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 106. Oppenheimer Senior Floating Rate Fund Class Y | A | Dividend | J | T | Sold (part) | 06/11/15 | J | | |
| 107. FMI Large Cap Fund | C | Dividend | K | T | Sold (part) | 04/01/15 | J | A | |
| 108. | | | | | Sold (part) | 06/11/15 | J | B | |
| 109. | | | | | Buy (add'l) | 09/25/15 | J | | |
| 110. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 111. Mainstay ICAP International Fund A | A | Dividend | J | T | Sold (part) | 06/11/15 | J | B | |
| 112. | | | | | Buy (add'l) | 09/25/15 | J | | |
| 113. John Hancock Disciplined Value Mid Cap Fund Cl A | A | Dividend | J | T | Sold (part) | 06/11/15 | J | B | |
| 114. | | | | | Buy (add'l) | 09/25/15 | J | | |
| 115. Manning & Napier World Opportunities | A | Dividend | J | T | Sold (part) | 06/11/15 | J | A | |
| 116. | | | | | Sold (part) | 07/01/15 | J | A | |
| 117. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 118. JP Morgan Core Bond Fund | A | Dividend | | | Sold (part) | 06/11/15 | J | | |
| 119. | | | | | Buy (add'l) | 09/25/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 11/13/15 | J | | |
| 121. Virtus Multi-Sector Short Term Bond Fund CL A | A | Dividend | J | T | Sold (part) | 04/01/15 | J | | |
| 122. | | | | | Sold (part) | 06/11/15 | J | | |
| 123. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 124. Baird MidCap Fund Institutional Class | A | Dividend | J | T | Sold (part) | 06/11/15 | J | A | |
| 125. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 126. Chartwell Small Cap Value I Share | A | Dividend | J | T | Sold (part) | 06/11/15 | J | A | |
| 127. Gabelli Small Cap Growth Fund Class I | A | Dividend | J | T | Sold (part) | 06/11/15 | J | A | |
| 128. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 129. iShares 7-10 Year Treasury Bond ETF | A | Dividend | J | T | Sold (part) | 06/11/15 | J | | |
| 130. | | | | | Buy (add'l) | 09/25/15 | J | | |
| 131. SPDR S&P Emerging Asia Pac ETF | A | Dividend | | | Buy (add'l) | 04/01/15 | J | | |
| 132. | | | | | Sold (part) | 06/11/15 | J | A | |
| 133. | | | | | Sold (part) | 09/08/15 | J | | |
| 134. | | | | | Sold (part) | 09/09/15 | J | | |
| 135. | | | | | Sold | 09/10/15 | J | | |
| 136. Vanguard Charlotte Funds Total International Bond Index Fund EFT | A | Dividend | | | Sold (part) | 04/01/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 06/11/15 | J | A | |
| 138. | | | | | Sold | 10/09/15 | J | A | |
| 139. Vanguard Total Stock Market ETF | A | Dividend | | | Sold | 04/01/15 | J | A | |
| 140. iShares MSCI Japan ETF | A | Dividend | J | T | Buy | 04/01/15 | J | | |
| 141. | | | | | Sold (part) | 06/11/15 | J | A | |
| 142. | | | | | Buy (add'l) | 09/25/15 | J | | |
| 143. | | | | | Sold (part) | 10/13/15 | J | | |
| 144. iShares MSCI Eurozone ETF | A | Dividend | J | T | Buy | 10/13/15 | J | | |
| 145. iShares MSCI EAFE ETF | A | Dividend | J | T | Buy | 04/01/15 | J | | |
| 146. | | | | | Sold (part) | 06/11/15 | J | A | |
| 147. | | | | | Buy (add'l) | 09/25/15 | J | | |
| 148. iShares MSCI ACWI EX US ETF | A | Dividend | J | T | Buy | 07/01/15 | J | | |
| 149. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 150. iShares IBOXX $ Invt Grade Corporate Bond ETF | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 151. Pimco Income Fund Cl P | A | Dividend | J | T | Buy | 11/13/15 | J | | |
| 152. Wisdomtree Trust Europe Hedged Equity Fd ETF | A | Dividend | J | T | Buy | 04/01/15 | J | | |
| 153. | | | | | Sold (part) | 06/11/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 155. | | | | | | | | | |
| 156. (H) IRA #1 (42) | | | | | | | | | |
| 157. First Eagle Global Fund Class C | A | Dividend | L | T | | | | | |
| 158. Blackrock Equity Dividend Fund C | D | Dividend | K | T | | | | | |
| 159. Blackrock Global Allocation Fund C | B | Dividend | K | T | | | | | |
| 160. Franklin Templeton Mutual Global Discovery Fund Cl C | A | Dividend | J | T | | | | | |
| 161. Franklin Templeton Income C | B | Dividend | K | T | | | | | |
| 162. American Funds American Balanced Fund Cl C | B | Dividend | L | T | | | | | |
| 163. | | | | | | | | | |
| 164. (H) IRA #2 (43) | | | | | | | | | |
| 165. American Funds American Balanced Fund Cl C | A | Dividend | J | T | | | | | |
| 166. Blackrock Global Allocation Fund Cl C | C | Dividend | K | T | | | | | |
| 167. | | | | | | | | | |
| 168. (H) (X) IRA #3 (13) | | | | | | | | | |
| 169. Ivy Asset Strategy Fd Cl C (X) | C | Dividend | L | T | | | | | |
| 170. JP Morgan Income Builder Cl C (X) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. AXA Equitable Flexible Premium Variable Life Insurance #1 | | None | K | T | | | | | |
| 173. AXA Equitable Flexible Premium Variable Life Insurance #2 | | None | M | T | | | | | |
| 174. | | | | | | | | | |
| 175. (H) Brokerage Account #7 (29) | | | | | | | | | |
| 176. Vanguard Index Funds Vanguard Growth ETF | | None | | | Merged (with line 42) | 03/18/15 | K | | |
| 177. Vanguard Index FDS S&P 500 ETF SHS | | None | | | Merged (with line 44) | 03/18/15 | L | | |
| 178. Vanguard Total Stock Mkt ETF | | None | | | Merged (with line 43) | 03/18/15 | L | | |
| 179. Vanguard Mega Cap ETF DE | | None | | | Merged (with line 46) | 03/18/15 | K | | |
| 180. Vanguard Divid Appreciation ETF | | None | | | Merged (with line 45) | 03/18/15 | K | | |
| 181. SPDR Nuveen Barclays Short Term BD ETF | A | Dividend | | | Merged (with line 38) | 03/18/15 | K | | |
| 182. iShares Tips Bond ETF DE | | None | | | Merged (with line 41) | 03/18/15 | J | | |
| 183. iShares Trust Core S&P Mid Cap ETF | | None | | | Merged (with line 40) | 03/18/15 | K | | |
| 184. iShares Trust Russell 2000 Index Fund | | None | | | Merged (with line 39) | 03/18/15 | K | | |
| 185. Market Vectors High Yield Muni ETF | A | Dividend | | | Merged (with line 48) | 03/18/15 | K | | |
| 186. Market Vectors Trust Short Municipal Index ETF | A | Dividend | | | Merged (with line 47) | 03/18/15 | J | | |
| 187. Principal Small Mid Cap Div | | None | | | Merged (with line 50) | 03/18/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Waldor, Cathy L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189. (H) Brokerage Account #8 (46) | | | | | | | | | |
| 190. JP Morgan Income Builder Class C | A | Dividend | | | Merged (with line 17) | 03/10/15 | L | | |
| 191. | | | | | | | | | |
| 192. (H) Brokerage Account #9 (71) | | | | | | | | | |
| 193. Thornburg Income Builder Class C | A | Dividend | | | Merged (with line 8) | 03/10/15 | L | | |
| 194. Nuveen NJ Div Advantage 2% Cl C | A | Int./Div. | | | Redeemed | 02/09/15 | L | | |
| 195. | | | | | | | | | |
| 196. (H) (X) Cash Accounts #1 | | | | | | | | | |
| 197. Santander Cash Accounts (X) | A | Int./Div. | L | T | | | | | |
| 198. Wells Fargo Cash Accounts (X) | A | Int./Div. | K | T | | | | | |
| 199. UBS Cash Accounts (X) | A | Int./Div. | K | T | | | | | |
| 200. TD Bank Cash Account (X) | A | Int./Div. | J | T | | | | | |
| 201. | | | | | | | | | |
| 202. Real Estate - Rental Property - Verona, Essex County, NJ | E | Rent | N | W | | | | | |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. | | | | | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                         P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal             R =Cost (Real Estate Only)   S =Assessment             T =Cash Market
   (See Column C2)            U =Book Value            V =Other                  W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 24 - This asset was transferred from Brokerage Account #4, Line 78.

Line 29 - This asset was transferred from Brokerage Account #4, Line 75. It was sold completely on 04/07/15. A new purchase was made on 11/19/15.

Lines 50-51 - This asset was sold completely on 09/02/15. A new purchase was made on 12/22/15.

Line 54 - This asset was transferred from Brokerage Account #3, Line 72.

Line 82 - The gross value of this asset in Column C (1) of the 2014 Disclosure was misstated. The value code should have been K in 2014.

Line 89 - A partial transfer of this asset was made to IRA #3, Line 169. The remainder stayed in this account.

Line 103 - This asset was named Riverpark/Wedgewood Retail Funds in 2014.

Line 168 - This IRA #3 was established in 2015.

Line 169 - This asset was a partial transfer from Brokerage Account #5, Line 89.

Line 170 - This asset was transferred from Brokerage Account #5, Line 90.

Line 196 - This is a new account grouping for all cash accounts.

Line 197 - The asset previously was reported as Santander Bank Accounts. The name is changed to Santander Cash Accounts.

Line 198 - This asset was inadvertantly omitted from the 2014 disclosure.

Line 199 - This asset was inadvertantly omitted from the 2014 disclosure.

Line 200 - This is a new account established in 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cathy L. Waldor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544